FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00759-OES

RAYMOND JOSEPH OLIVENCIA,

    Plaintiff,

v.

[NO NAMED DEFENDANT]

    Defendant.

## ORDER DISMISSING CASE

On April 15, 2005, Plaintiff Raymond Joseph Olivencia filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an incomplete Application for a Writ of Habeas Corpus Pursuant Action. Magistrate Judge O. Edward Schlatter reviewed the documents, determined that Plaintiff was asserting conditions of confinement claims, and directed the Clerk of the Court to cure deficiencies in the Complaint by filing his claims on a prisoner complaint form.

After being granted two extensions of time to submit his claims on the proper Court-form, Plaintiff now has filed a "Motion Requesting Dismissal, Without Prejudice." Accordingly, the Court will construe the Motion as a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1) and dismiss the action. Rule (a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of

dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of August 9, 2005. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the Motion is construed as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and is granted. It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of August 9, 2005, the date Mr. Olivencia filed the Notice in the action. It is

FURTHER ORDERED that judgment is entered in favor of No Named Defendant and against Plaintiff. It is

FURTHER ORDERED that the Minute Order dated August 9, 2005, is vacated.

DATED at Denver, Colorado, this 17 day of Aug., 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00759-OES

Raymond Joseph Olivencia
Prisoner No. 125801
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/18/05

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk